UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON
CIVIL ACTION NO. 2:18-CV-120-WOB-CJS

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.

MATTHEW PAUL MOCAHBEE., et al                                        DEFENDANTS

**\*ELECTRONICALLY FILED\***
**ANSWER OF JESSICA RENEE MOCAHBEE**

___

Comes now the Defendant, **JESSICA RENEE MOCAHBEE** and for her Answer to the Complaint states as follows:

**FIRST DEFENSE**

The Complaint fails to state a cause of action upon which relief can be granted against the answering Defendant so therefore must be dismissed and held for naught.

**SECOND DEFENSE**

The Defendant pleads all affirmative defenses available through the Federal Rules of Civil Procedure.

**THIRD DEFENSE**

1. That the Defendant is without sufficient knowledge to either admit or deny the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 13, 15, 17, 18, 19, 20, 21, and 22 of the Complaint so therefore must deny same.

2. That the Defendant denies the allegations set forth in paragraph 7 of the Complaint.

3. The Defendant admits the allegations set forth in paragraphs 12 and 14 of the Complaint.

4. In regards to Paragraph 16 of the Complaint, the Defendant states that she is not currently married.

**WHEREFORE**, the Defendant prays for the following relief:

1. That the Complaint against the Defendant, Jessica Renee Mocahbee be dismissed with prejudice;

2. For attorney fees;

3. For a jury trial;

4. For any and all other relief to which she may be entitled.

STEVEN N. HOWE, P.S.C.

S/Steven N. Howe_____
STEVEN N. HOWE
Attorney for the Defendant
94 South Main Street
Dry Ridge, Kentucky 41035
(859) 824-0500

## CERTIFICATION

On August 10, 2018, I electronically filed this document through the ECF system, which will send a notice of electronic filing to: George Mason, Jr. Attorney for Plaintiff, 3070 Lakecrest Circle, Suite 400, PMB 278, Lexington, KY 40513.

__S/Steven N. Howe_____
STEVEN N. HOWE